# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MONICA SANCHEZ, on behalf of
herself and all others similarly situated,

Plaintiff,

v.

MAGGY LONDON INTERNATIONAL
LTD., a New York corporation d/b/a
WWW.MAGGYLONDON.COM,

Defendant.

Case No.:  3:25-cv-02107-H-JLB

**ORDER GRANTING JOINT
MOTION TO DISMISS WITH
PREJUDICE AND DIRECTING THE
CLERK TO CLOSE THE CASE**

[Doc. No. 23]

On January 12, 2026, the parties filed a joint motion to dismiss the action with prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. No. 23.)  For good cause shown, the Court grants the joint motion and dismisses the case in its entirety with prejudice.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED:  February 2, 2026

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

3:25-cv-02107-H-JLB